## PLAINTIFF'S NOTE REGARDING AI CERTIFICATION

Plaintiff respectfully declines to include the AI certification demanded in the July 15, 2025 Order (Doc. 88), which is the subject of this Rule 72(b)(2) objection. Compliance would undermine the legal and constitutional challenges raised herein, including objections to the Order's vagueness, lack of definitional clarity, procedural irregularity, and disproportionate targeting of a pro se litigant. Plaintiff further objects on the grounds that the Order was issued without motion, evidentiary basis, or adversarial process, and that it was imposed in temporal proximity to a pending recusal motion—raising concerns of retaliatory motive. Plaintiff reserves all rights under 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and the First and Fifth Amendments. Plaintiff respectfully requests that this filing be reviewed by the District Judge on the merits without being stricken or penalized for noncompliance with an order currently under legal challenge.